UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL MORRIS,<br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　　-v-<br><br>JOEY BATS CAFÉ NYC, LLC, *et al.*,<br>　　　　　　　　　　　　Defendants. | 21-CV-7229 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　Defendants were served on September 24, 2021. However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

　　Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

　　If Plaintiff fails by May 26, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action will be dismissed for failure to prosecute.

　　Plaintiff is directed to serve a copy of this order by mail on Defendant.

　　SO ORDERED.

Dated: May 12, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge