UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                            Plaintiff,<br><br>           -against-<br><br>JOEY BATS CAFÉ NYC, LLC, et al.,<br><br>                            Defendants. | 1:21-cv-07229 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       Defendants were served over a year ago on September 24, 2021. ECF Nos. 7-8. Defendants have not appeared. By letter dated May 26, 2022, Plaintiff stated that it has initiated further service on Defendants by hand-delivery. ECF No. 10. IT IS HEREBY ORDERED that Plaintiff shall, by **October 21, 2022**, notify the Court whether Plaintiff (1) effected service by hand-delivery on Defendants, and if it has, file affidavits of service on the docket; (2) has received any communication from Defendants or its counsel regarding a response to the Complaint; and (3) intends to move for default judgment.

Dated: October 7, 2022
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge