UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                            Plaintiff,<br><br>-against-<br><br>JOEY BATS CAFÉ NYC, LLC, et al.,<br><br>                            Defendants. | 1:21-cv-07229 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      On October 7, 2022, the Court ordered Plaintiff to notify the Court, by October 21, 2022, whether Plaintiff (1) effected service by hand-delivery on all Defendants, and if it has, to file affidavits of service on the docket; (2) has received any communication from Defendants or their counsel regarding a response to the Complaint; and (3) intends to move for default judgment. ECF No. 13.  Plaintiff did not file anything by the deadline.  The Court then extended the deadline for Plaintiff to file such information to November 3, 2022.  ECF No. 15.  Plaintiff again failed to respond.

      On October 26, 2022, one of the two Defendants, Joey Bats Cafe NYC LLC ("Bats Cafe"), filed its Answer late.  ECF No. 14.  The Court ordered Plaintiff to file a letter, by November 3, 2022, stating whether Plaintiff consents to Defendant Bats Cafe filing its Answer late.  ECF No. 15.  Plaintiff failed to do so.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff shall, no later than **November 10, 2022**, file a letter and any other submissions required by the Court's orders dated October 7, 2022 and October 27, 2022.  *See* ECF Nos. 13, 15.

      Plaintiff has not prosecuted this case expeditiously since filing the Complaint over a year ago on August 27, 2021.  Continued delay and non-compliance with the Court's orders may result in dismissal of this case.

Dated: November 4, 2022
       New York, New York

                                                          SO ORDERED.

                                                          JENNIFER L. ROCHON
                                                          United States District Judge